

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-14-00309-CV

**CITY OF EAGLE PASS**,
Appellant/Cross-Appellee

v.

Irma Leticia **SALAZAR**,
Appellee/Cross-Appellant

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-04-27357-MCVJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee Irma Leticia Salazar recover her costs of this appeal from appellant City of Eagle Pass.

SIGNED January 14, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice